# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 118 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| KATHLEEN LIEN TRINH, MICHAEL | : | |
| TRINH AND LT INTERNATIONAL | : | |
| BEAUTY SCHOOL, INC., | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of November, 2018, the "Emergency Petition for Review" is DENIED.